THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. QUANNAH BROWN, Also Known as JAMES BROWN, Appellant.—

Concur —
Stevens, P. J., Capozzoli, McGivern, Markewich and Kupferman, JJ.